FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL - 6 2020
ARTHUR JOHNSTON
BY_____ DEPUTY

Ishman
(Last Name)    (Identification Number)
LaMarcus        T
(First Name)    (Middle Name)
Leaks County
(Institution)
399 G.O Brooks St Carthage MS 39051
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

3:20 cv 442 CWR-LRA

V.        CIVIL ACTION NUMBER: _____
(to be completed by the Court)

Sheriffs Victor mason ~~masons~~
~~Warden~~ ~~[scribbled out]~~
John do
Major Rushain

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (✓)    No ( )

B. Are you presently incarcerated?
   Yes (✓)    No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )    No (✓)

D. Are you presently incarcerated for a parole or probation violation?
   Yes (✓)    No ( )

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes (✓)    No ( )

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes (✓)    No ( )

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: **LaMarcus Ishman**   Prisoner Number: **217844**

Address: **Leaks county 399 C.o Brooks st Carthage MS, 39051**

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: **Sheriff Victor Mason**   is employed as **Sheriff**

at **Raymond county**

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:   ADDRESS:
**LaMarcus Ishman**   **Leaks county 399 C.o Brooks st Carthage MS, 39051**

DEFENDANT(S):

NAME:   ADDRESS:
**Victor Mason**   **Raymond county 1850 County**
**Major russian**   **form Road 39154**
**John Do**

| OTHER LAWSUITS FILED BY PLAINTIFF |
|---|
| **NOTICE AND WARNING**<br>The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed. |

A. Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (√)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: __N/A_____

2. Court (if federal court, name the district; if state court, name the county):_____

3. Docket Number:_____

4. Name of judge to whom case was assigned:_____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)_____

CASE NUMBER 2.
1. Parties to the action: __N/A_____

2. Court (if federal court, name the district; if state court, name the county):_____

3. Docket Number:_____

4. Name of judge to whom case was assigned:_____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)_____

## Statement of Claim

hitting me with bars then I tryied to get out the room and they started stabbing me with free world knifes so I manage to get out the room but the stair way was block so I feel to the floor and roled off top teer then they started stabbing me some more so I force my way up off the floor and then they kept rapping me with the bar on my head they hit me with the bar about six time and kept stabbing me some more and my leg, thigh, back, foot, & my lung that was the worse blow cause the hole was bigger than the chest tub but like I said I force my way off the floor and got to the gate but the hole time they pulling and holeing on me trying to keep on the zone so they can keep stabbing me and beating with the bar so I and up getting out the door that when they with bar one last time and I feel to the floor cause I was getting dizzy then I herd them say leave him the fuck alone and lets go git who we was look for so I got up and ran around the corner then that where 3 guards where so I feel again cause that when my lung calaspes and from there on I didn't know what happen cause I and out like my was giving up on me but thats all I know

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

When A-1 and A-2 broke out they came on my zone which was A-3 and only how they came over to A-3 is cause when 2nd chift was doing count they took the keys from them then they start hiting on the window with bars in knifes then they open the door to our zone in came in everybody lock they self behind A door but I was behind A door that didn't lock in they pop the door open that I was behind in start hitting me

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Well I was seeking like $2,000,000 million dollar because I wasn't aware of what was going on it was really between the Vice lord & gansta and I'm not part of none of that never have been

Signed this __19__ day of __Febuary__, 20__20__.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

LaMarcus Ishman
Signature of plaintiff